Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Teresa Hendrix;<br><br>Plaintiff,<br><br>v.<br><br>DECA Financial Services, LLC;<br><br>Defendant. | No.<br><br>**COMPLAINT**<br><br>(Jury Trial Demanded) |

## I. Preliminary Statement

1. Plaintiff brings this action for damages based upon Defendant's violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 *et seq*. Plaintiff seeks recovery of statutory damages, actual damages, costs and attorney's fees.

## II. JURISDICTION

2. Jurisdiction of this Court, over this action and the parties herein, arises under 15 U.S.C. § 1692k(d) (FDCPA), and 28 U.S.C. § 1331.

Venue lies in the Phoenix Division of the District of Arizona as Plaintiff's claims arose from acts of the Defendant perpetrated therein.

## III. PARTIES

3. Plaintiff resides in Maricopa County, Arizona.

4. Plaintiff is a natural person allegedly obligated to pay a debt.

5. Plaintiff is a "consumer" as that term is defined by FDCPA § 1692a(3).

6. Defendant DECA Financial Services, LLC (hereinafter "DECA") is an Indiana corporation doing business within the State of Arizona as a collection agency.

7. DECA is licensed as a third party debt collector by the Arizona Department of Financial Institutions, license number 0913404.

8. DECA collects or attempts to collect debts owed or asserted to be owed or due another.

9. DECA is a "debt collector" as that term is defined by FDCPA § 1692a(6).

## IV. Factual Allegations

10. Several years back, Plaintiff incurred a personal debt with Desert Schools Federal Credit Union which, after default, was subsequently assigned to DECA for collection purposes.

11. The Desert Schools Federal Credit Union debt was incurred for personal, family or household purposes.

12. In or about November 2011, DECA accepted from Plaintiff authorization for a post-dated check by phone to be processed on

December 19, 2011.

13. On or after December 16, 2011, DECA mailed or caused to be mailed to Plaintiff a letter dated December 16, 2011 notifying Plaintiff that "DECA Financial Services, LLC will process your check-by phone or credit card payment in the amount of $100.00 on 12/19/11."

14. DECA mailed the December 16, 2011 to Plaintiff less than three business days prior to the date for deposit.

15. On January 18, 2012, DECA mailed or caused to be mailed to Plaintiff a letter dated January 13, 2012 notifying Plaintiff that "DECA Financial Services, LLC will process your check-by phone or credit card payment in the amount of $100.00 on 01/19/12."

16. DECA mailed the January 13, 2012 letter to Plaintiff less than three business days prior to the date for deposit.

17. Plaintiff received the January 13, 2012 letter from DECA on January 20, 2012.

18. As a result and proximate cause of Defendant's actions, Plaintiff has suffered actual damages, including, but not limited to, and emotional distress.

## V. Causes of Action

### a. Fair Debt Collection Practices Act

19. Plaintiff repeats, realleges, and incorporates by reference the foregoing paragraphs.

20. Defendant's violations of the FDCPA include, but are not necessarily limited to, 15 U.S.C. §§ 1692e, 1692e(5), 1692e(10), and

1692f(2).

21. As a direct result and proximate cause of Defendant's actions in violation of the FDCPA, Plaintiff has suffered actual damages.

## VI. DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial on all issues so triable.

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that judgment be entered against Defendant for:

a) Actual damages under the FDCPA;

b) Statutory damages under the FDCPA;

c) Costs and reasonable attorney's fees pursuant to the FDCPA; and

d) Such other relief as may be just and proper.

DATED February 14, 2012.

s/ Floyd W. Bybee
Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff