Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Teresa Hendrix;<br><br>    Plaintiff,<br><br>v.<br><br>DECA Financial Services, LLC;<br><br>    Defendant. | No. CV12-0306-PHX-GMS<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Plaintiff, by and through counsel, hereby gives notice of dismissal of this case in its entirety against all parties with prejudice, with each party to bear its own attorney's fees and costs.

/ / /

/ / /

1

2    RESPECTFULLY SUBMITTED:  March 22, 2012  .

3

4              s/ Floyd W. Bybee
             Floyd W. Bybee, #012651
5            **BYBEE LAW CENTER, PLC**
             90 S. Kyrene Rd., Ste. 5
6            Chandler, AZ 85226-4687
             Office: (480) 756-8822
7            Fax: (480) 302-4186
             floyd@bybeelaw.com
8
             Attorney for Plaintiff
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

- 2 -